# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GARRY VICTOR FRASIER,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 4:06-CV211-MP/AK**

**EFIONG O. ANDEM, et al,,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff was directed to file an amended complaint by Order dated January 5, 2007. (Doc. 15). He moved for reconsideration (doc. 18), which was denied and the time to file the amended pleading was extended through February 23, 2007. (Doc. 22). An Order to Show Cause was entered on March 22, 2007 (doc. 25) requiring a response by April 13, 2007. Plaintiff advised the Court of his new free world address and this Order (doc. 25) was re-mailed to him there. (Doc. 27). Since that time there has been no further communication from him and he has not file an amended complaint as directed.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he file an amended complaint (docs. 15 and 25) and has not otherwise

prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  **28**$^{th}$ day of February, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 4:06-cv211-mp/ak**