IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARRY VICTOR FRASIER,

    Plaintiff,

v().                                              CASE NO. 4:06-cv-00211-MP-AK

EFIONG O. ANDEM, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 31, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure to prosecute. The Magistrate Judge filed the Report and Recommendation on Thursday, February 28, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

By prior order, Petitioner was directed to file an amended petition, Doc. 15, and then was ordered to show cause for his failure to do so, Doc. 25. Plaintiff was specifically warned that failure to show cause would result in his case being dismissed. Because Plaintiff has failed to prosecute this case and failed to comply with the order, the Magistrate recommends that Plaintiff's case be dismissed. Since Plaintiff has taken no action in this case for well over a year, the Court agrees with the Magistrate that this case must be dismissed. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is DISMISSED with prejudice.

**DONE AND ORDERED** this   *1st* day of April, 2008

     *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge